IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 00-mj-06118-KGG |
| | ) | |
| MARIO G. MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **UNITED STATES' MOTION TO DISMISS**

Comes now the United States of America, by and through its attorney Alan G. Metzger, Assistant United States Attorney for the District of Kansas, and moves this Court, pursuant to Fed. R. Crim. P. 48(a), to dismiss without prejudice the Complaint pending in this case against defendant Mario G. Medina.

Respectfully Submitted,

BARRY R. GRISSOM
United States Attorney

s/ Alan G. Metzger
ALAN G. METZGER, Ks. S.Ct. No. 10143
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
alan.metzger@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on August 22, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

            s/ Alan G. Metzger
            ALAN G. METZGER
            Assistant United States Attorney